# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANICE ENGLE n.k.a. JANICE KAYLOR, | : ELECTRONICALLY FILED |
| | : |
| | : |
| Plaintiff, | : Civil Action No. 06-CV-1093 |
| | : |
| v. | : THE HONORABLE |
| | : YVETTE KANE |
| MILTON HERSHEY SCHOOL, | : |
| | : |
| Defendant. | : |

## EXHIBIT TO
## MEMORANDUM OF LAW IN SUPPORT OF
## DEFENDANT'S MOTION TO DISMISS

Dated:  June 8, 2006

Brian P. Downey (PA 59891)
PEPPER HAMILTON LLP
200 One Keystone Plaza
North Front and Market Streets
Post Office Box 1181
Harrisburg, PA 17108-1181
Telephone: (717) 255-1155
Facsimile:  (717) 238-0575
Email:  *downeyb@pepperlaw.com*
***Attorney for Defendant***

# EXHIBIT A



# MILTON HERSHEY SCHOOL

## *Employee Handbook*

## 2003-04

**MHS Mission**

To nurture and educate children in financial and social need in keeping with Milton and Catherine Hershey's Deed of Trust.

**The MHS Employee Handbook**

An interesting and challenging experience awaits you as an employee of Milton Hershey School. This Employee Handbook is designed to answer some of the questions you may have concerning the School and its policies. It is intended to serve as a general reference guide to the School's policies and procedures governing, among other areas, employment, benefits, and safety. Please read it thoroughly and retain it for future reference. It is important for each employee to become familiar with School policies as quickly as possible. Further information about School history and programs can be found on the Internet site (www.mhs-pa.org), the Intranet site (intranet.mhs-pa.org), or from the Office of Communications.

At the beginning of each section of this handbook is a listing of additional policies that can be found in the Administrative Reference Manual (ARM) which is housed on *MHS Online*. There are no Addendums included in this handbook; they are located in the ARM. A hard copy of any given policy in the ARM is available via your supervisor or the bank of computers located in the hallway beside the Office of Human Resources. The Learning Resource Center also can assist you in securing a hard copy of policies included in the ARM.

The *MHS Employee Handbook* is not a contract, nor does it attempt to address each and every situation, which may arise. For this reason, the School reserves the right to address each situation in a manner which it deems appropriate and fair to its employees, managers, and students. Unless it is agreed upon otherwise, all School employees are employees on an "at will" basis — which means that an employee may resign or be subject to termination at any time.

The policies and procedures contained within the *MHS Employee Handbook* supplement the written agreements of each of the labor contracts in effect at the School. Where language "overlaps" between a labor contract and the policies and procedures of the *MHS Employee Handbook*, the language contained within the labor contract supercedes the language of the *MHS Employee Handbook*

If you have any questions, concerns, or comments regarding any policy in the *MHS Employee Handbook*, please work through your supervisor.

*Note:* Due to the changing needs of the School and its employees, the policies contained in the Employee Handbook may be periodically revised, replaced, or deleted. The School will attempt to promptly inform employees of any pertinent changes in policy. Any additions to, deletions or modifications of, the policies contained in this handbook will appear first in the electronic version on *MHS Online*.

**• Milton Hershey School  is an Equal Opportunity Employer •**

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2006, a copy of the foregoing was filed through the Court's Electronic Case Filing (ECF) system and should be served by same upon the following:

Michael J. Fiorillo, Esquire
Fiorillo Law Offices
217 Mahantongo Street
Pottsville, PA 17901
*Attorney for Plaintiff*

s/    *Brian P. Downey*
Brian P. Downey